United States District Court
Southern District of Texas
**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANESSA GARRETT JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-3867 |
| | § | |
| EK REAL ESTATE SERVS. OF NY, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 30 days on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

SIGNED on June 3, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge